JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED AFRICAN-ASIAN ABILITIES CLUB, ON BEHALF OF ITSELF AND ITS MEMBERS; THEODORE ARTHUR PINNOCK, An Individual,<br><br>Plaintiffs,<br><br>v.<br><br>OLIVE TREE; BAYCO FINANCIAL CORPORATION; and DOES 1 THROUGH 10, Inclusive<br><br>Defendants | Case No: CV 19-7589-GW-MAAx<br><br>**ORDER FOR DISMISSAL WITH PREJUDICE OF ENTIRE ACTION**<br><br>[Fed. R. Civ. P. Rule 41(a)(1)(ii)] |

Based on the Joint Stipulation for Dismissal With Prejudice submitted by the parties herein and for good cause shown, this Court hereby dismisses with prejudice all Defendants from Plaintiffs' Complaint and dismisses with prejudice Plaintiffs' complaint in its entirety. The Court further orders:

1. Each side shall bear its own attorneys' fees and costs.

2. The court shall retain jurisdiction to enforce the terms of the Parties' 01-10, 2020 settlement.

**IT IS SO ORDERED.**

Dated: January 14, 2020

By: _____
Hon. George H. Wu
United States District Judge

ORDER FOR DISMISSAL                                                                 1